Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JAN 21 2022
ARTHUR JOHNSTON
BY _____ DEPUTY

3:22 CV 24 CWR-FKB

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Eugene Hart

All other names by which you have been known:

ID Number: 102357

Current Institution: 10641 Hwy 80

Address: Meridian MS 39307

City / State / Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: Warden Frank Shaw

Job or Title (if known): Supervisor of BMCF

Shield Number:

Employer: MTC

Address: 10641 Hwy 80, Meridian MS 39307

[✓] Individual capacity   [ ] Official capacity

Defendant No. 2

Name: Rush Foundation Hospital

Job or Title (if known): Medical

Shield Number:

Employer:

Address: Meridian MS 39307

[ ] Individual capacity   [✓] Official capacity

Page 2

1. (B) Pg 3

Defendant NO. 5 Name Centurion Medical Service Provider

Job or Title – Medical Provider for EMCF

Address 10641 Hwy 80 Merdian MS 39307

☑ official capacity ☐ Individual Capacity

Defendant NO 6. Name Dr. Arnold

Job or Title Head Doctor of EMCF

Employer Centurion Medical Service Provider

Address 10641 Hwy 80 Merdian MS 39307

☑ individual capacity

Defendant NO. 7 Name MTC

Job or Title Over See that EMCF is ran by MDOC Policy and Contract

Address ☑ individual capacity

This is inmate Eugene Hart #102389, I Have a civil suit NO 3:19-CV-787-DPJ-FKB, that I have Filed already, I've been sitting waiting for something to be done about. since filling this suit I have been retaliated against by staff members of this Facility on several occasions, I've had my mail tampered with, I've been denied further treatment by Medical staff, I've been assaulted with a leg broke, my finger Broke, and my Jaw being broke in 2 places, all of my claims are on file, well since then this Facility has been investigated alot of the staff from then have been fired, and MDOC has finally took full Custody, and voided several of these contracts, well long story

Short, the Jail has gotten better now that Wade is running the Facility now, so I'm hoping that my mail finally makes it to Ya'll, I have added since then 4 new Defendents, but due to discrimanation from our Law Library, I'm not aware of the proper Laws and rights that have been violated, but I'm positive that my Constitution Rights and MDOC policy have been improperly handled, so for the record I'm going to need some real help here with furthering my Claim, but the facts will show that Dr Arnold did not properly handle my medical condition, because by him recieving the knowledge from Rush Hospital that a live needle was broke off in my leg by the Contracted Rush Foundation Hospital Staff, he suppose to use his professional common sinse, he was suppose to send me to another reliable Hospital to have this needle removed for me, I filed numerous Sick calls after this incident that gave him the knowledge that this needle was causing me severe pain and suffering, he ignored my pain and instead perscribed me pain medicine that I've been on since day 1 of this negegence and malpratice by staff members at Rush Foundation Hospital, I've also added the nurse from Rush who broke the needle inside me, and also the doctor that came in the Hospital room and made things alot worser, if it wasn't because of there negligence and malpractice this would have never happened, and I've also added the Warden Frank Shaw for not even answering my Grievance or any letter that I sent to him after my incident

occurred, I kept Centurion, Rush Hospital, and MTC as Defendents, because they all played a role by not handling they Contract agreements, and promises to MDOC to run this Facility by Standard operated Procedure, so all Corporation ran under Color of State Law, and 1 of my promises where that I would not be denied adequate medical attention but anyway I'll get to the important part, I'm not a Lawyer so how would I know how to properly state the Laws and the policies that they violated, plus on top of that, being denied access to the Facilities Law Library, would explain why I ask the court for some Aid and Assistance from the door and in the beginning of my Lawsuit, I'm trying to understand how do the court expect Ainmate Like me to tell you what happened to me as a pro se Inmate, then turn around and leave me in Cruel pain because I don't know the Law off the top of my head, word for word, and not only that, I ask for Ya'lls help only to be denied by Ya'll, because of me being dumb to forceit the name of the adequate Policy and US. constitutions that I was denied, I think it needs to acknowledged that sometimes a Pro Se inmate not only should be looked at as a person that is indigent of only MONEY but look a little deeper, that person could also be indigent of the ability to learn and know the proper way to state which Law or Policy they were violated of, Ya'll wouldn't imagine what I've been thru since my incident, and the

Pandemic came and only made a excuse for me to be prolonged and treated like this, I'm begging someone to please if this letter is recieved, and makes it to the court house, if you would please reach out and help this Pro se inmate urgently, I have since then suffering with this needle poking me to death, sharp pains whenever it's bad whether, to show ya'll how serious I am, I even took my stimulus check, and paid my court cost and filing fee now I'm broke again, please get me away from this facility, I'm not safe here, even the Commissioner Burl Cain even seen this was a corrupt prison, he instantly fired everybody and took full custody of us, please help me, I need medical attention, Remove this needle, I leave saying May God Bless the reader of this

Date:

Sincerely Eugene Hart #102389

Address: 10641 Hwy 80 Meridian MS 39307