IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

EUGENE HART, #102359                                                          PLAINTIFF

V.                                                  CIVIL ACTION NO. 3:22-cv-24-CWR-FKB

WARDEN FRANK SHAW and
RUSH FOUNDATION HOSPITAL                                              DEFENDANTS


## FINAL JUDGMENT

In accordance with the Court's Order entered this date and incorporated herein by

reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this civil action is

**DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 21st day of June, 2022.

*s/ Carlton W. Reeves*
UNITED STATES DISTRICT JUDGE